**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**CLASS ACTION COMPLAINT**

**WAYNE MINER,**                                                                                          **PLAINTIFF**
**individually and on behalf of all others**
**similarly situated**


**V.**                                            **4:06-CV-00249 GTE**


**ALTRIA GROUP INC., and**
**PHILIP MORRIS USA, INC.**                                                                    **DEFENDANTS**


**ORDER LIFTING STAY AND REMANDING CASE**

Following the United States Supreme Court's June 11, 2007 decision in *Watson v. Philip Morris Cos., Inc.*, 127 U.S. 2301 (2007), this Court lacks subject matter jurisdiction based on the federal officer removal provision[1] relied upon by Defendants in removing this case to federal court.

IT IS THEREFORE ORDERED THAT Plaintiff's Motion to Lift Stay and Remand (Doc. # 57) be, and it is hereby, GRANTED. The Stay imposed by this Court on April 17, 2006 is hereby lifted.

IT IS FURTHER ORDERED THAT the case be, and it is hereby, REMANDED back to the Circuit Court of Franklin County, Arkansas, Ozark District, from which it was removed. The Clerk of the Court is directed to take the appropriate action to facilitate the transfer forthwith.

IT IS SO ORDERED THIS 17th day of July, 2007.

                                              /s/Garnett Thomas Eisele
                                              UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1442(a)(1).